The People of the State of Colorado, Plaintiff-Appellee, v. Jonathan William Hultquist, Defendant-Appellant. No. 19CA2354
Court of Appeals of Colorado, Fourth Division
December 9, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 18CR2033 Honorable Ben L.
 Leutwyler III, Judge
 
 
 
 OPINION
 
 
 JUDGE
 J.
 
 
 JUDGMENT
 AFFIRMED.
 
 
 JONES
 Freyre and Tow, JJ., concur.
 
 
 1